**JS-6**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIGRAN SARGASYAN,<br><br>          Petitioner,<br><br>        vs.<br><br>MARIN, et al.,<br><br>          Respondents | 5:26-cv-00419-DOC (SK)<br><br><br>**JUDGMENT** |

Pursuant to the Order on Joint Request for Unopposed Entry of Judgment, IT IS ADJUDGED that the Petition under 28 U.S.C. § 2241 is granted as set forth in that Order.

The Clerk is instructed to close this case.

DATE: June 15, 2026

_____
Honorable Steve Kim
United States Magistrate Judge

1